SEPTEMBER 15, 1960

No. 64531.—SUIT 5006.—United States *v.* Polk's Model Craft Hobbies, Inc., and Lansen-Naeve Corp. et al.—

—C.D. 2073 affirmed July 20, 1960. C.A.D. 746.

SEPTEMBER 16, 1960

No. 64532.—SUIT 5004.—Manca, Inc. *v.* United States.—

—C.D. 2071 affirmed June 14, 1960. C.A.D. 738.